UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

DEVIN FILIPPELLI as
Personal Representative of the
ESTATE OF KRYSTAL TALAVERA,　　　　　　　CASE NO.: 9:22-cv-81731
on behalf of the Estate and her Survivors,

　　　　　　　Plaintiff,

v.

GROW, LLC (d/b/a KD INCORPORATED
and THE KRATOM DISTRO); and SEAN
MICHAEL HARDER, individually.

　　　　　　　Defendants.　　　/

**NOTICE OF FILING PROPOSED ORDER ON MOTION TO EXTEND THE DEADLINE TO JOIN ADDITIONAL PARTIES AND AMEND PLEADINGS**

　　Plaintiff submits the Proposed Order Granting Plaintiff's Motion to Extend the Deadline to Join Additional Parties and to Amend Pleadings.

**CERTIFICATE OF SERVICE**

　　I HEREBY CERTIFY that on this 17th day of January 2023, a true electronic copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and has been submitted to Defendants' counsel, Bowman and Brooke LLP, Justin Niznik Esq., 1064 Greenwood Blvd. #212, Lake Mary, FL 32746, at:

justin.niznik@bowmanandbrooke.com;

orfa.diaz@bowmanandbrooke.com; and

kara.thomas@bowmanandbrooke.com.

_____
Michael J. Cowgill, Esq.
Florida Bar No. 1010945
Tamara J. Williams, Esq.
Florida Bar No. 127625
**mctlaw**
1605 Main Street, Suite 710
Sarasota, FL 34236
Telephone: 888.952.5242
Facsimile: 941.952.5042
Primary: mcowgill@mctlaw.com
Primary: twilliams@mctlaw.com
Secondary: hdiener@mctlaw.com
Secondary: mpowell@mctlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

DEVIN FILIPPELLI as
Personal Representative of the
ESTATE OF KRYSTAL TALAVERA,    CASE NO.: 9:22-cv-81731
on behalf of the Estate and her Survivors,

            Plaintiff,

v.

GROW, LLC (d/b/a KD INCORPORATED
and THE KRATOM DISTRO); and SEAN
MICHAEL HARDER, individually.

            Defendants.     /

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO JOIN ADDITIONAL PARTIES AND TO AMEND PLEADINGS

This matter is before the Court on the Motion to Extend the Deadline to Join Additional Parties and to Amend Pleadings filed herein by Plaintiff, DEVIN FILIPPELLI as Personal Representative of the ESTATE OF KRYSTAL TALAVERA, on behalf of the Estate and her Survivors.

Having considered all papers filed in connection with Plaintiff's motion, the Court finds that it is appropriate to extend the deadline to amend pleadings and join additional parties.

Therefore, it is **ORDERED AND ADJUDGED** as follows:

1.     Plaintiff's motion is hereby **GRANTED**.

2. The deadline to join additional parties and amend pleading in the above-captioned case is extended to March 30, 2023.

**DONE and ORDERED** in Chambers this \_\_\_\_\_ day of _____, 2023.

_____
The Honorable Donald M. Middlebrooks
United States District Court Judge
Southern District of Florida