UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

DEVIN FILIPPELLI as
Personal Representative of the
ESTATE OF KRYSTAL TALAVERA,                     CASE NO.: 9:22-cv-81731
on behalf of the Estate and her Survivors,

      Plaintiff,

v.

GROW, LLC (b/d/a KD INCORPORATED
and THE KRATOM DISTRO); and SEAN
MICHAEL HARDER, individually.

      Defendants.    /

## NOTICE OF FILING PROPOSED ORDER ON PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE INITIAL DISCLOSURES

  Plaintiff submits the Proposed Order Granting Plaintiff's Motion to Compel Defendants to Produce Initial Disclosures.

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this 20th day of January, 2023, a true electronic copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and has been submitted to Defendants' counsel, Bowman and Brooke LLP, Justin Niznik Esq., 1064 Greenwood Blvd. #212, Lake Mary, FL 32746, at justin.niznik@bowmanandbrooke.com; orfa.diaz@bowmanandbrooke.com; and kara.thomas@bowmanandbrooke.com.

            _____
            Michael J. Cowgill, Esq.
            Florida Bar No. 1010945
            Tamara J. Williams, Esq.
            Florida Bar No. 127625

**mctlaw**
1605 Main Street, Suite 710
Sarasota, FL 34236
Telephone: 888.952.5242
Facsimile: 941.952.5042
Primary: mcowgill@mctlaw.com
Primary: twilliams@mctlaw.com
Secondary: hdiener@mctlaw.com
Secondary: mpowell@mctlaw.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

DEVIN FILIPPELLI as
Personal Representative of the
ESTATE OF KRYSTAL TALAVERA,　　　　　　　　CASE NO.: 9:22-cv-81731
on behalf of the Estate and her Survivors,

                                Plaintiff,

v.

GROW, LLC (b/d/a KD INCORPORATED
and THE KRATOM DISTRO); and SEAN
MICHAEL HARDER, individually.

                                Defendants.
_____/

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DEFENDANTS TO PRODUCE INITIAL DISCLOSURES

This matter is before the Court on the Motion to Compel Defendants to Produce Initial Disclosures filed herein by Plaintiff, DEVIN FILIPPELLI as Personal Representative of the ESTATE OF KRYSTAL TALAVERA, on behalf of the Estate and her Survivors.

Having considered all papers filed in connection with Plaintiff's motion, the Court finds that it is appropriate to compel Defendants to produce initial disclosures pursuant to Rule 26. Therefore, it is

**ORDERED AND ADJUDGED** as follows:

1.       Plaintiff's motion to compel is hereby **GRANTED**.

2.  Defendants, GROW LLC (d/b/a KD Incorporated and the Kratom Distro) and Sean Michael Harder, must produce initial disclosures pursuant to Rule 26(a)(1)(A)(i-iv) on or before January 25, 2023.

**DONE and ORDERED** in Chambers this _____ day of _____ 2023.

_____
The Honorable Donald M. Middlebrooks
United States District Court Judge
Southern District of Florida

cc:   All counsel of record