UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

DEVIN FILIPPELLI

PLAINTIFF(S)

v.

SEAN MICHAEL HARDER, et al.,

DEFENDANT(S).

CASE NUMBER
9:22−cv−81731−DMM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**GROW LLC**
**SEAN MICHAEL HARDER**

as of course, on the date March 24, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Dimas Rodriguez*
Deputy Clerk

cc: Judge Donald M. Middlebrooks
    Sean Michael Harder
    1061 N Cliff Creek Ave
    Meridean, ID 83642

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV–37 (10/01)