# Exhibit 3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CIVIL DIVISION

DEVIN FILIPPELLI as
Personal Representative of the
ESTATE OF KRYSTAL TALAVERA,                    CASE NO.: 9:22-cv-81731
on behalf of the Estate and her Survivors,

                Plaintiff,

v.

GROW, LLC (d/b/a KD INCORPORATED
and THE KRATOM DISTRO); and SEAN
MICHAEL HARDER, individually.

                Defendants.

_____/

## EXPERT REPORT OF JOSEF THUNDIYIL, M.D. REGARDING KRYSTAL TALAVERA

### I.    ASSIGNMENT AND RESERVATION

I have been asked to provide expert opinions, on behalf of Plaintiff the ESTATE OF KRYSTAL TALAVERA, regarding the wrongful death of Krystal Talavera. This report opines on Ms. Talavera's death and the cause of her death, including the impact of causative nature of Defendants GROW, LLC's and SEAN MICHAEL HARDER's kratom products.

I reserve the right to rephrase or alter my opinions as additional information is received. At the time of drafting this report, I did not have the ability to review any deposition testimony of any witness. Deposition testimony of treating physicians, including Palm Beach County Medical Examiner Dr. Terrill Tops, Defendants, and other witnesses will be relevant to this report and my opinions. As such, I reserve the right to supplement this report when further data, documents, or information becomes available and/or to correct it if errors are discovered. Further, at trial, I may use visual aids or demonstrative exhibits, such as diagrams, images, slides, or charts that illustrate and/or explain my opinions.

*Report of Josef G. Thundiyil, MD,*
*MPH, FAAEM, FACEP, FACMT*

Patient: Krystal Talavera

DocuSign Envelope ID: BAF7AA85-8546-408F-8F0E-A4638B3E9674

## II.  <u>QUALIFICATIONS</u>

I am a licensed medical doctor practicing in the state of Florida with Board Certifications in Emergency Medicine, Medical Toxicology, and Occupational and Environmental Medicine.  I have over 20 years of clinical experience with independent practice.  For the purposes of this case, I present myself as an expert in both acute management of medical conditions (Emergency Medicine) and the effects of chemicals and substances on the human health (Medical Toxicology).  As an emergency physician, I treat patients with substance abuse, alcohol abuse, and altered mentation on a regular basis.  As a toxicologist, I regularly evaluate and treat patients who suffer from the effects of the interplay of substances.

I am currently the Residency Program Director at the Department of Emergency Medicine of the Orlando Regional Medical Center, where I also serve as a member of the Medical Toxicology Core Faculty.  I am the Chairman of the Hospital's Institutional Review Board. In addition to my duties at the Orlando Regional Medical Center, I also serve as a Professor of Emergency Medicine at the University of Central Florida, College of Medicine; as an Assistant Clinical Professor of Medical Toxicology at the Florida Poison Control Center at the University of Florida in Jacksonville, Florida; and as an Assistant Clinical Professor at Florida State University's College of Medicine. I am currently Co-chair of the Orange County Opioid Task Force and was previously Chair of the State of Florida Opioid Task Force. I am currently on the Board of Directors for the Florida College of Emergency Physicians.

After earning my medical degree from Northwestern University Medical School in Chicago, Illinois, I completed my internship and residency at the Orlando Regional Medical Center in Orlando, Florida.  I then continued my specialty training with fellowships in medical toxicology and occupational and environmental medicine from the University of California, San Francisco.  I received a Master's Degree in Public Health from the University of California, Berkeley.  I am currently licensed to practice medicine in Florida.  I am a current Fellow of the American College of Emergency Medicine and American College of Medical Toxicology. I have attached, as Exhibit "A," a copy of my Curriculum Vitae which fully outlines my clinical, research, and publication history and experience.

My experience and background have allowed me to gain extensive insight as to the clinical outcomes associated with overdose deaths, including the substance at issue here, kratom (mitragynine speciosa) and the marketing of those products.

To the best of my knowledge, I have never been disqualified as an expert witness, nor had my opinions stricken.

### III. REVIEW AND SYNOPSIS OF OPINIONS

a. I agree with the Medical Examiner Report of Associate Medical Examiner Terrill Tops, M.D., and the following findings: i) "Cause of Death: Acute mitragynine intoxication;" ii) "Manner of Death: Accident;" and iii) "Opinion: The decedent died from an acute mitragynine intoxication. At high concentrations, mitragynine produces opioid-like effects; such as, respiratory failure. The manner of death is 'Accident.'"

b. Defendants failed to warn Krystal Talavera of the risks associated with consumption of kratom.

c. Krystal Talavera did not cause her own death.

### IV. BACKGROUND MATERIALS REVIEWED AND/OR RELIED UPON

a. Plaintiff's Amended Complaint for Wrongful Death and Demand for Jury Trial.

b. State of Florida, Bureau of Vital Statistics, Certification of Death, issued April 28, 2022.

c. Palm Beach County Medical Examiner Report (Case No. M21-01109) and accompanying photos.

d. Palm Beach County Coroner Forensic Investigator Report (Case No. M21-01109).

e. AXIS Forensic Toxicology testing report (Laboratory Case No. 3225238).

f. Bethesda Health East hospital chart for admission of Krystal Talavera on 06/20/2021.

g. Palm Beach County Fire Rescue report (Incident: PBC21068676).

h. Palm Beach County Sheriff's Office Incident Details (Report No. 21077836).

i. Palm Beach County Sheriff's Office Offense Report and accompanying photos (Case No. 21077836).

j. Audio of Palm Beach County 911 call regarding Case No. 21077836.

**k.** Audio of Palm Beach County Sheriff's interviews of: Biagio Vultaggio, Devein Filippelli, and Teresa Hagerty regarding Case No. 21077836.

**l.** Photos of the kratom packages found in Krystal Talavera's possession.

**m.** Excerpts of the Kratom Distro website.

**n.** Food and Drug Administration (FDA) Import Alert 54-15.

**o.** Toxicology Report for Estate of Caleb Sturgis, et al. v. Social Herbal Remedies, LLC by Michael J. Whitekus, Ph.D., DABT.

**p.** U.S. Dept. of Health and Human Services, Food and Drug Administration, and Center for Drug Evaluation and Research, *Assessment of Abuse Potential of Drugs – Guidance for Industry*, January 2017.

**q.** Aggarwal, Geeta, et al., *Death from Kratom toxicity and the possible role of intralipid*, Journal of the Intensive Care Society, Vol. 19(1) 61-63 (2018).

**r.** Chang Chien, George C., DO, et al., *Is Kratom the New 'Legal High' on the Block?: The Case of an Emerging Opioid Receptor Agonist with Substance Abuse Potential*, Pain Physician Journal, 20:E195-E198 (2017).

**s.** Giroir, Brett. P., MD et al., November 28, 2018, comment on October 17, 2017, letter "Basis for the recommendations to control mitragynine and 7-hydroxymitragynine in Schedule 1 of the Controlled Substances Act."

**t.** Henningfield, Jack E., et al., *The abuse potential of kratom according the 8 factors of the controlled substances act: implications for regulation and research*, Psychopharmacology, 235:573-589 (2018).

**u.** Henningfield, Jack E., et al., *Risk of death associated with kratom use compared to opioids*, Preventive Medicine, 128:105851 (2019).

**v.** Hill, Rob, et al., *The respiratory depressant effects of mitragynine are limited by its conversion to 7-OH mitragynine*, Br. J. Pharmacol., 179:3875-3885 (2022).

*Report of Josef G. Thundiyil, MD,*                    Patient: Krystal Talavera
                                             *MPH, FAAEM, FACEP, FACMT*

**w.** Papsun, Donna M., *The Trouble with Kratom: Analytical and Interpretive Issues Involving Mitragynine*, Journal of Analytical Toxicology, 1-15 (2019).

**x.** Wilson, Lisa L., et al., *Lyophilized Kratom Tea as a Therapeutic Option for Opioid Dependence,* Drug and Alcohol Dependence, Vol. 216, 108310 (2020).

**y.** Kamble, Shyam H., et al., *Exploration of cytochrome P450 inhibition mediated drug-drug interaction potential of kratom alkaloids*, Toxicology Letters, 319, 148-154 (2019).

**z.** Kamble, Shyam H., et al., *Metabolism of a Kratom Alkaloid Metabolite in Human Plasma Increases Its Opioid Potency and Efficacy*, ACS Pharmacol. Transl. Sci., 6:1063-1068 (2020).

**aa.** Muller, Elisabeth, et al., *Kratom instrumentalization for severe pain self-treatment resulting in addition – A case report of acute and chronic subjective effects*, Heliyon (2020).

**bb.** Singh, Darsahn, et al., *Current and Future Potential Impact of COVID-19 on Kratom (Mitragyna speciosa Korth.) Supply and Use*, Frontiers in Psychiatry, Vol. 11, Art. 574483 (2020)

**cc.** Mohammad Farris Iman Leong Bin Abdullah and Darshan Singh, *Assessment of Cardiovascular Functioning Among Regular Kratom (Mitragyna speciosa Korth) Users: A Case Series*, Frontiers in Pharamacology, Vol. 12, Art. 723567 (2021).

**dd.** Mohammad Farris Iman Leong Bin Abdullah and Darshan Singh, *The Adverse Cardiovascular Effects and Cardiotoxicity of Kratom (Mitragyna speciosa Korth.): A Comprehensive Review*, Frontiers in Pharmacology, Vol. 12, Art. 726003 (2021).

**ee.** Damodaran, Thenmoly, et al., *Comparative Toxicity Assessment of Kratom Decoction, Mitragynine and Speciociliatine Versus Morphine on Zebrafish (Danio rerio) Embryos,* Frontiers in Pharmacology, Vol. 12, Art. 714918 (2021).

**ff.** Henningfield, Jack E., et al., *Kratom Abuse Potential 2021: An Updated Eight Factor Analysis*, Frontiers in Pharmacology, Vol. 12, Art. 775073 (2022)

**gg.** McCurdy, Christopher R., *Kratom: What science is discovery about the risks and benefits of a controversial herb*, The Conversation, Jan. 22, 2021.

*Report of Josef G. Thundiyil, MD, MPH, FAAEM, FACEP, FACMT*            Patient: Krystal Talavera

**hh.** Prevete, Elisabeth, et al., *A systematic review of (pre)clinical studies on the therapeutic potential and safety profile of kratom in humans*, Hum Psychoparmacol Clin Exp., e2805 (2021).

**ii.** Buckhalter, Shoshana, *The Antidepressant-Like and Analgesic Effects of Kratom Alkaloids are accompanied by Changes in Low Frequency Oscillations but not ΔFosB Accumulation,* Frontiers in Pharmacology, Vol. 12, Art. 696461 (2021).

**jj.** Henningfield, Jack E., et al., *Respiratory effects of oral mitragynine and oxycodone in a rodent model,* Psychopharmacology, 239:3793-3804 (2022).

**kk.** Stanciu, Cornel, et al., *Kratom as an opioid alternative: harm, or harm reduction? A systematic review of literature*, The American Journal of Drug and Alcohol Abuse (2022).

**ll.** Swogger, Marc T., et al., *Understanding Kratom Use: A Guide for Healthcare Providers,* Frontiers in Pharmacology, Vol. 13, Art. 801855 (2022).

**mm.** World Health Organization, *Pre-Review Report: Kratom (Mytragyna speciosa), mitragynine, and 7-hydroxymitragynine*, Expert Committee on Drug Dependence, Forty-fourth Meeting, Geneva, 11-15 October 2021.

Any of the above noted material may be used as exhibits to summarize or support my opinions herein.

## V.    OPINIONS AND BASIS THEREOF

***These opinions are given to a reasonable degree of medical certainty.***

### a. Krystal Talavera's cause of death is: acute mitragynine intoxication.

Kratom is the common term for Mitragyna speciosa, a tree that is native to Southeast Asia. In traditional preparations, kratom leaves are used in tea as an herbal medicine for various medical conditions including pain and increased energy.  In the United States, the commercially sold kratom often takes the form of processed powders and extracts. Both the effect and toxicity of kratom are dose related.

DocuSign Envelope ID: BAF7AA85-6546-408F-8F05-A4638B3F9674

Kratom is considered a drug of concern by the US Drug Enforcement Administration, and the FDA has issued an Import Alert identifying kratom as a New Dietary Ingredient (NDI) for which a reasonable expectation of safety has not been established.

Kratom leaves produce over 25 alkaloid compounds. The most prominent psychoactive components are: (1) mitragynine (MTG); and (2) 7-hydroxymitragynine (7HMG). Both MTG and 7HMG are partial agonists at the mu-opioid receptor, with 7HMG considered nine times more active than MTG. Most of the clinical effects of mitragynine are related to the mu-opioid receptor activity, although mitragynine has been reported to bind to other receptors including adrenergic, serotonin and dopamine receptors. Kratom action on opioid receptors is similar to other opiates.

Regular consumption of kratom is associated with tolerance and dependency, requiring ingestion of higher doses to achieve similar analgesic effect. At higher doses, kratom has a sedative effect and is associated with respiratory depression. Kratom related deaths involve autopsy findings consistent with opioid toxicity, intractable seizures, or cardiorespiratory arrest.

Often, when an individual dies from elevated opiate levels, the cause is properly attributed to a chronic dependency leading to escalated doses that exceed therapeutic levels. The same process occurs with kratom, with the important exception that those selling the kratom frequently do not provide warnings or safe instructions for use and dosing.

Kratom's adverse effects include severe dependence negatively affecting physical well-being and opioid-like withdrawal symptoms requiring medical intervention after addiction to kratom.

A case report of an individual using kratom for chronic pain documented a pattern of daily kratom consumption in which tolerance development for analgesic effects was overcome by an increase in daily consumption. Ultimately, the high kratom dosing provided less relief and started to induce fatigue and drowsiness and rather prevented the patient from work and an active lifestyle. The patient ultimately required professional help for kratom withdrawal.

*Report of Josef G. Thundiyil, MD, MPH, FAAEM, FACEP, FACMT*

Patient: Krystal Talavera

On the morning of June 20, 2021, Krystal Talavera (DOB: 08/10/1981) was discovered by her partner, Biagio Vultaggio, face down and unresponsive on the living room floor. Nearby, Defendants' kratom products were discovered. Paramedics were called. EMS records note Ms. Talavera was in Asystole, and resuscitation was attempted via chest compressions and use of automated mechanical compressions. EMS presumed a cardiac event and transported Ms. Talavera to Bethesda Health East. Records from Bethesda Health East note continued efforts at resuscitation, including multiple rounds of CPR and ACLS medication administration. However, Ms. Talavera remained without any pulse, any cardiac activity, or spontaneous respirations or movements, and she was therefore pronounced dead. The investigation of law enforcement did not find signs of foul play or suicide.

The foregoing context supports the conclusion that Krystal Talavera died from a kratom overdose.

My review of the medical and death records stated above indicates medical conditions including hypertensive cardiovascular disease (nephrosclerosis), hepatomegaly, and gastritis. These conditions may have been co-morbidities for Krystal Talavera but were not the primary cause of death. The primary cause of death was acute mitragynine intoxication with a quantified result of 1594 ng/mL, which is within fatal range.

The toxicology results from Axis Labs directly support kratom toxicity as a cause of death. The blood level of mitragynine was 1594 ng/mL, consistent with a lethal level of mitragynine. The toxicology results also show that caffeine, cotinine, and naloxone were positive. These findings are expected in individuals who have ingested coffee and consume nicotine products (giving rise to cotinine). The naloxone was administered by first aid responders according to EMS records.

The toxicology results confirm that the cause of death was directly related to kratom. I conclude from both the historical context and the toxicology results that kratom was the cause of death. This conclusion is being made with a reasonable degree of medical certainty.

**b. Defendants failed to warn Krystal Talavera of the risks associated with consumption of kratom.**

On its face, Defendants' kratom packaging was completely bereft of any instructions for use. There were no warnings regarding drug-drug interaction, interaction with underlying medical conditions, dependence, or potential for overdose. Therefore, Defendants did not provide warnings or instructions for use with the kratom consumed by Ms. Talavera.

**c. Krystal Talavera did not cause her own death.**

*Report of Josef G. Thundiyil, MD,*               Patient: Krystal Talavera
                                                     *MPH, FAAEM, FACEP, FACMT*

Krystal Talavera's death was caused by Defendants' kratom, and there is no indication that Ms. Talavera's death was caused by misuse or any fault of Ms. Talavera.

## VI.  BIAS, COMPENSATION, AND PAST EXPERT TESTIMONY

I have no conflict of interest that would result in bias. I am being reimbursed through Plaintiff's counsel for the work that I am providing as an expert on an hourly basis. I am not employed by any company that dispenses or promotes the use of kratom. I never met Krystal Talavera, nor do I know the Talavera family.

My hourly rate for review and testimony is $550 per hour in this case, including but not limited to: research, record review, report writing, testimony, preparation, telephone consultation, independent medical examination, or any other work.

During the previous four years, I have testified as an expert at trial or by deposition as shown on Exhibit "B" attached hereto.

_____    _Dated_  2/22/2023 | 11:11 PM EST

*Josef G. Thundiyil, MD, MPH, FAAEM,*
*FACEP, FACMT*

*Report of Josef G. Thundiyil, MD,*          Patient: Krystal Talavera
                                *MPH, FAAEM, FACEP, FACMT*

# Josef G. Thundiyil, MD, MPH, FAAEM, FACEP, FACMT
**Curriculum Vitae**
**Program Director**
**Orlando Regional Medical Center**
**Department of Emergency Medicine**
**University of Central Florida College of Medicine**
**Professor, Emergency Medicine**
**Florida State University College of Medicine**
**Clinical Assistant Professor, Emergency Medicine**
**University of Florida College of Medicine**
**Clinical Assistant Professor, Emergency Medicine**
**Attending Physician in Emergency Medicine, Medical Toxicology, and**
**Occupational/Environmental Medicine**

## Personal:

| | |
|---|---|
| Home Address: | Orlando, FL |
| Business Address: | 86 W. Underwood, Suite 200<br>Orlando, FL 32806<br>(407) 237-6329 |
| Email: | josef.thundiyil@orlandohealth.com |
| Place of Birth: | Chicago, Illinois |
| Citizenship: | United States of America |

## Education:

| | |
|---|---|
| Undergraduate: | NORTHWESTERN UNIVERSITY<br>Honors Program in Medical Education<br>Evanston, Illinois<br>Bachelor of Arts in Sociology, 1994 |
| Medical School: | NORTHWESTERN UNIVERSITY MEDICAL SCHOOL<br>Chicago, Illinois<br>Doctor of Medicine, 1998 |
| Residency: | EMERGENCY MEDICINE RESIDENCY<br>Orlando Regional Medical Center<br>July 1998 – June 2001 |
| Master's Degree | MASTERS OF PUBLIC HEALTH<br>University of California, Berkeley<br>Berkeley, California<br>May 2005 |

**Exhibit "A"**

Fellowships                    MEDICAL TOXICOLOGY
                               University of California, San Francisco
                               California Poison Control System, San Francisco Division
                               July 2003 - July 2006

                               OCCUPATIONAL AND ENVIRONMENTAL MEDICINE
                               University of California, San Francisco
                               July 2004 - June 2006

**Work Experience:**           *Program Director*
                               Department of Emergency Medicine
                               Orlando Regional Medical Center
                               Orlando, FL
                               March 2017 - present

                               *Associate Program Director*
                               Department of Emergency Medicine
                               Orlando Regional Medical Center
                               Orlando, FL
                               July 2011 - March 2017

                               *Assistant Program Director*
                               Department of Emergency Medicine
                               Orlando Regional Medical Center
                               Orlando, FL
                               October 2008 - June 2011

                               *Visiting Team Medical Liaison*
                               National Football League
                               2018 - present

                               *Professor of Emergency Medicine*
                               University of Central Florida College of Medicine
                               July 2017 - present

                               *Associate Professor of Emergency Medicine*
                               University of Central Florida College of Medicine
                               July 2011 – July 2017

                               *Assistant Clinical Professor, Medical Toxicology*
                               Florida Poison Control Center
                               University of Florida, Shands, Jacksonville
                               September 2008 - present

                               *Medical Toxicology Core Faculty*
                               Department of Emergency Medicine
                               Orlando Regional Medical Center
                               September 2006 - present

*Clinical Assistant Professor of Emergency Medicine*
Florida State University College of Medicine
University of Florida College of Medicine
September 2006 – present

*Clinical Assistant Professor of Emergency Medicine*
University of Central Florida College of Medicine
September 2006 – 2011

*Attending Emergency Department Physician*
Sutter Delta Medical Center
Antioch, CA
September 2003 - May 2005

*Attending Emergency Department Physician*
Mt. Diablo Medical Center
Concord, CA
September 2003 - June 2006

*Attending Emergency Department Physician*
St. Luke's Hospital
Urban Community Hospital with annual volume near 30,000
San Francisco, CA
February 2003 - June 2006

*Attending Emergency Department Physician*
*Flight Doctor for Whangarei Helicopter Rescue Team*
Whangarei Base Receiving Hospital and Trauma Center
Rural Trauma Center
Whangarei, New Zealand
July 2002 – January 2003

*Medical Director Orange County EMS System*
Provided online and off-line medical direction for nearly 2,000 paramedics
and 11 Fire and EMS Agencies
Orlando, FL
July 2001 - June 2002

*Attending Emergency Department Physician*
Lakeland Regional Medical Center
Lakeland, FL
Adult and Pediatric Emergency Department Shifts
Level II Trauma Center with over 100,000 annual patient visits
2nd busiest ED in Florida
July 2001 – June 2002

*Assistant Medical Director for Paramedic Education Program*
*Assistant Professor Valencia Community College*
Valencia Community College
Orlando, Florida
July 2000 – July 2001

*Occupational Health Physician*
Orlando Regional Medical Center
Worked in primary care setting for occupational injuries
1999 – 2001

*Crisis Intervention for the Mentally Ill*
Janet Wattles Center, State of Illinois Mental Health Facility
1993 – 1994

**Other Affiliations:**    *Assistant Faculty, Medical Toxicology*
Florida Poison Control Center
University of Florida, Shands
Jacksonville, FL
September 2008 - present

*Assistant Faculty, Pharmacy Residency*
Orlando Regional Medical Center
Orlando, FL
September 2006 - present

*Assistant Faculty, Pediatric Emergency Medicine Fellowship*
Orlando Regional Medical Center
Orlando, FL
September 2008 - present

*EMS Faculty*
Orange County EMS / EMS Fellowship
Orange County, FL

*Toxicology Consultant*
Orange County EMS
Orange County, FL

**Accreditations:**
    LICENSURE:    Florida Board of Medicine

    BOARD CERTIFICATIONS:
    <u>Diplomate</u>: United States Medical Licensing Exam, 1999
    <u>Diplomate</u>: American Board of Emergency Medicine
      November 21, 2002; Recertified 2012, 2022
    <u>Diplomate</u>: ABEM- Medical Toxicology
      December 2006; Recertified 2016
    <u>Diplomate</u>: American Board of Preventive Medicine
      Occupational/Environmental Medicine
      December 2007 – January 31, 2018

**Certifications:**    National Association of EMS Medical Directors, January 2002
Counter Narcotics Tactical Operations Medical Support,
    September 2000
Advanced Traumatic Life Support Certified

DocuSign Envelope ID: BAF7AA95-6546-4085-8F9E-A4638B3E9674

| | |
|---|---|
| **Affiliations:** | American College of Emergency Physicians |
| | American Academy of Emergency Medicine |
| | American College of Medical Toxicology |
| | American College of Occupational and Environmental Medicine |
| | Council of Emergency Medicine Residency Directors |
| | Society for Academic Emergency Medicine |
| | American Academy of Clinical Toxicology |

**Awards:**   Recipient of Occupational Physician Scholarship Fund
2004-2005 & 2005-2006

Fellow of American Academy of Emergency Medicine

Fellow of the American College of Emergency Physicians
October 2009

Fellow of the American College of Medical Toxicology, 2011

**Practice of Medicine Preceptor Excellence Award 2012**
University of Central Florida College of Medicine
For Demonstrating Excellence in Teaching

**Teacher of the Year 2012 - 2013**
Department of Emergency Medicine
Orlando Regional Medical Center

**Focused Individualized Research Experience (FIRE)**
University of Central Florida College of Medicine
Mentor to 2013 2nd and 3rd place award winners

**Teacher of the Year 2013 - 2014**
Department of Emergency Medicine
Orlando Regional Medical Center

**Spirit of Winnie Award 2014**
For embracing culture of caring, willingness to make sacrifices, service to others, honesty, positive attitude, and commitment to highest quality of care

**Council of Emergency Medicine Residency Directors Award 2014**
For commitment to excellence in education and nurturing the future of Emergency Medicine through fostering the highest standards in resident education. For 5 years of dedicated service as an Associate Program Director

**Teacher of the Year 2014 - 2015**
Department of Emergency Medicine
Orlando Regional Medical Center

DocuSign Envelope ID: BAF7AA9F-6546-408F-8F9F-A4638B3E9674

**Teacher of the Year 2015 - 2016**
Department of Emergency Medicine
Orlando Regional Medical Center

**Certificate of Appreciation**
The AACN Metropolitan Orlando Chapter
For presentation on April 11, 2017

**Class of 2018 Dr. Salvatore Silvestri Award**
The Florida State University COM Orlando Regional Campus
May 2, 2018

## Leadership/ Community Activities:

COMMITTEES:     *Board of Directors*
Florida College of Emergency Physicians
August 2022- present

Opioid Settlement Funds Advisory Committee (2022)

Unintentional Overdose Mortality Review (UOMR)
University of Central Florida
April 2021 - present

State Opioid Working Group
Appointed by Attorney General Moody
January 2019

*Liaison*
ACMT to CORD
March 2018 - present

*CME Committee*
Orlando Health
March 2017 - July 2018

*Reaccreditation Subcommittee*
July 2018 – present

*Co-Chair, Healthcare Subcommittee*
Orange County Heroin Task Force
September 2015 – February 2016

*Chairman, Institutional Review Board*
Orlando Health
July 2015 – present

*Co-Chair.* Healthcare Subcommittee of Orange County Heroin Task Force.
September 2015 - present

Orange County Heroin Task Force

DocuSign Envelope ID: BAF7AA9F-6546-4985-8F9E-A4638B3E9674

Orange County Government.
September 2015 - February 2016

Curriculum Development, Medical Toxicology Subsection
Florida College of Emergency Medicine
Board Review Course
June 2015

Emergency Medicine Core Content Reviewer and Development
Section 17, Medical Toxicology
June 2015

*Co-Chair, Education Committee*
Florida College of Emergency Physicians
July 2015 - present

*Institutional Review Board, Vice Chair*
Orlando Health
October 2011 - July 2015

*Institutional Review Board, Member*
Orlando Health
March 2011 - present

*Clinical Competency Committee, Member*
Department of Emergency Medicine
Orlando Regional Medical Center
June 2008 – present

*Chairman, Clinical Competency Committee*
Department of Emergency Medicine
Orlando Regional Medical Center
June 2008 – March 2017

*Medication Use Subcommittee*
Orlando Regional Medical Center
September 2007 - present

*Pharmaceuticals and Therapeutics Committee*
Orlando Regional Medical Center
January 2007 – present

*Publication Committee*
*Editor,* American College of Medical Toxicology (ACMT) Newsletter
American College of Medical Toxicology
November 2006 - present

*Chairman, Clinical Care Committee*
Department of Emergency Medicine
Orlando Regional Medical Center

DocuSign Envelope ID: BAF7AA9F-6546-4985-8F9E-A4638B3E9674

Joint resident/attending committee designed to improve patient care/ED flow
2000 – 2001

VOLUNTEER    Physician Volunteer at Coalition for the Homeless
Orlando, FL
1999 - 2000

Volunteer at inner city schools
Discussed preventive health issues for adolescents
Los Angeles, CA
September 2000

Orange County Public Schools
Blankner Middle School Athletic Physicals
2017, 2018

Electric Daisy Carnival
Medical Volunteer
2017 to present

INTERNATIONAL:  *Regional Director Africa Subcommittee*
American College of Medical Toxicology
January 2009 - 2011

*Organizer,* American College of Medical Toxicology (ACMT) Symposium
7th Toxicology Conference in the Developing World
Sun City, South Africa
2009

*Consultant,* Intergovernmental Forum on Chemical Safety
World Health Organization
Geneva, Switzerland
July 2006

*Content Reviewer.* WHO Training Package for the Health Sector. World Health Organization. "Children and Chemicals." July 2006. Created by Jenny Pronczuk, MD.

*Attending Physician*, Whangarei Hospital, New Zealand,
July 2002-January 2003

*Emergency Flight Physician*, Whangarei Base Hospital, New Zealand, August 2002- December 2002

*Medical Mission Trip*, Dominican Republic, August 1999

*Emergency Medicine Physician*, November 1999
Melbourne, Australia, Royal Melbourne Hospital

*Medical Volunteer Work*
Shongwe Hospital, South Africa
April 1998

## Research and Publications:

Posters:

O'Brien, JF, **Thundiyil JG**., Modica RF. The Utility of Upright Versus Lateral Decubitus Positioning in Lumbar Puncture: A Prospective Study. Abstract Published in *Icelandic Journal of Emergency Medicine*, June 2002

Silvestri S., Ralls GR., Rothrock SG, **Thundiyil JG**. The Effect of a Protocol to Limit the Number of Intubation Attempts on Intubation Success Rate by Paramedics. Abstract Published in *Prehospital Emergency Care*, January 2003

**Thundiyil JG**, Murphy NG, Tan J, Olson KR. Scombroid Induced Myocardial Ischemia.   Poster presented at North American Congress of Clinical Toxicology, Seattle, WA. September 2004

**Thundiyil JG**, Anderson IB, Stuart P, Olson KR. Lamotrigine Induced Seizures. Poster presented at North American Congress of Clinical Toxicology, Seattle, WA. September 2004

Hayashi SA, **Thundiyil JG**, Flori H, Kearney TE. Acute Iron Toxicity from Accidental Intravenous Administration of an Oral Iron Preparation. Poster presented at North American Congress of Clinical Toxicology, Seattle, WA. September 2004

**Thundiyil, JG**, Kearney TE, Olson KR. The Evolving Epidemiology of Drug-Induced Seizures Reported to a Poison Control System. Poster presented at North American Congress of Clinical Toxicology, Seattle, WA. September 2004

**Thundiyil, JG**, Kalantri SP, Leeman E, et al. Arsenic Poisoning in Bangladesh: A Public Health Disaster. Poster presented at UC Berkeley Environmental Public Health Symposium, Berkeley, CA. May 2005

**Thundiyil JG,** Yuan Y, Smith AH, Steinmaus C. Seasonal Variation of Arsenic Concentration in Wells in Nevada. American College of Occupational and Environmental Medicine, Los Angeles, CA. May 2006

**Thundiyil JG**, Modica R, Silvestri S, Papa L. Are USMLE Scores Predictive of ABEM In-Training Exam Scores for Emergency Medicine Residents? Poster presentation at the 2007 Society for Academic Emergency Medicine Annual Meeting, Chicago, IL. May 16 – 19, 2007

**Thundiyil JG,** Christiano-Smith D, Greenberger S, Modica RF, Posey L. Dietary Knowledge and Practices in a Pediatric Emergency Department Population. Presented at 4th Mediterranean Emergency Medicine Congress. Sorrento, Italy. September 2007

DocuSign Envelope ID: BAF7AA9E-6546-4085-8F0E-A4638B3E9674

**Thundiyil JG,** O'Brien JF, Papa L. Utility of Upright Versus Lateral Decubitus Positioning for Lumbar Puncture. Presentation at American College of Emergency Physicians Scientific Assembly, Seattle WA. October 8-11, 2007

**Thundiyil JG**, O'Brien JF, Papa L, Silvestri S, Wu T, Leech S, Cassidy D, Modica RF. Predictors of Failing to Match in an Emergency Medicine Residency. Poster presentation at Society for Academic Emergency Medicine Annual Meeting Washington DC. May 2008

**Thundiyil JG**, Rosenberg M, Greenberger S, Rawal A, Latimer J. Comparison of Broselow Versus Physician Estimate of Pediatric Weights. Poster presentation at Society for Academic Emergency Medicine Annual Meeting, Washington DC. May 2008

**Thundiyil JG,** Rowley, Papa L, Olson KR, Kearney T. Risk Factors for Complications of Drug-induced Seizures. Poster presentation at Society for Academic Emergency Medicine Annual Meeting, Washington DC. May 2008

**Thundiyil JG,** Christiano-Smith D, Greenberger S, Latimer J, Modica RF. Risk Factors for Pediatric Obesity in an Urban Pediatric Emergency Department. Poster presentation at American College of Emergency Physicians Scientific Assembly, Chicago, IL. October 2008

Rosenberg M**, Thundiyil JG**, Greenberger S, Rawal A, Latimer J. Is Physician Adjustment Of The Broselow Tape Measurement An Accurate Estimate of Pediatric Patients Weights? Poster presentation Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA. May 2009

**Thundiyil JG**, Papa L, Freeman N, Brennan D. The Impact of Fire-Related Air Pollution on ED Admissions. Poster presentation Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA. May 2009

Brennan D, **Thundiyil JG**, Ladde J, Silvestri S. Resident Evaluation - Subjective Versus Objective Measures. Poster presentation Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA. May 2009

**Thundiyil JG**, Flach E, Negusse J, Silvestri S. Utility of the Standardized Letter of Recommendation (SLOR) to Predict Matching in an Emergency Medicine Residency. Poster presentation Society for Academic Emergency Medicine Annual Meeting, New Orleans, LA. May 2009

Silvestri S, Van Dillen C, Ralls G, Brennan D, **Thundiyil JG**, Ladde J, Papa L. A Systems-based Approach to Increasing the Availability and Quality of Emergency Medicine Resident-Teaching Physician Patient Encounters While Experiencing ED Crowding. Poster presentation American College of Emergency Physicians Scientific Assembly, Boston, MA, October 2009

DocuSign Envelope ID: BAF7AA9F-6546-4285-8FBE-A4638B3E9674

Ramirez J, **Thundiyil JG**, et al. MRI Utilization Trends in a Large Tertiary Care Pediatric ED. Poster presentation at American College of Emergency Physicians, Las Vegas, NV, October 2010

Blue R, Whittle J, **Thundiyil JG**, et al. Prevalence of MRSA in Out-of-Hospital Healthcare Providers. Poster presentation at American College of Emergency Physicians, Las Vegas, NV, October 2010

Semmons R, Whittle J, **Thundiyil JG**, et al. Methicillin Resistant Staphylococcus Aureus in Ambulances. Poster presentation at American College of Emergency Physicians, Las Vegas, NV, October 2010

Rosenberg M, **Thundiyil JG**, et al. Does Physician Estimates of Pediatric Patients Weights Lead to Inaccurate Medication Dosages? Poster presentation at American College of Emergency Physicians, Las Vegas, NV, October 2010

Weber K, Denney C, **Thundiyil JG**, Giordano P. Prevalence and Prediction of Deterioration after Drowning in the Emergency Department. Poster presentation at American College of Emergency Physicians, Las Vegas, NV, October 2010

Semmons R, **Thundiyil JG**, Giordano P, Ladde J, Weber K, Whittle J et al. Does Sampling Of Additional Sites Increase Sensitivity When Screening For MRSA In Emergency Department Healthcare Workers? Poster presentation at Society for Academic Emergency Medicine Annual Meeting, Boston, MA, June 2011

Wood A., Polozola A., Schauben J, **Thundiyil JG**, Kunisaki, Sollee D, Lewis-Younger C. Review of Eastern Coral Snake (Micrurus fulvius fulvius) Exposures in Florida: 1998-2010. *Clinical Toxicology* 2012; 50(7): 646-647

Ladde J, Alofs E, **Thundiyil JG**, et al. Does an Educational Video Improve the Knowledge of Pediatric Asthma Patients Visiting a Level 1 Pediatric Trauma Center Emergency Department? Poster Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta. GA. May 2013. *Acad Emerg Med* 2013: 20(5); S165

Doyle S, Caddell E, **Thundiyil JG**. Correlation Between Opiate Prescribing Rates and State Medicaid Costs. Poster Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta GA. May 2013. *Acad Emerg Med* 2013: 20(5); S174

Hollingworth D, Papa L, Giordano P, **Thundiyil JG**. Do Do-Not-Resuscitate Orders Affect Treatment and Interventions Performed by Emergency Physicians? Poster Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA. May 2013. *Acad Emerg Med.* 2013: 20(5); S246

Hollingworth D, **Thundiyil JG**, Giordano P, Papa L. Is There Agreement Between Emergency Physicians' and Patients' Interpretation of a DNR

DocuSign Envelope ID: BAF7AA9E-6546-4285-8F9E-A4638B3E9674

Order?  Poster Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA.  May 2013. *Acad Emerg Med* 2013: 20(5); S274

Weber K, Giordano P, Sanders M, Sawyer S, **Thundiyil JG** et al. Chief Complaints of Patients Testing Positive in an Emergency Department HIV Screening Program. Poster Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA.  May 2013. *Acad Emerg Med.* 2013: 20(5); S277

Rodriguez A, Queen R, Silvestri S, Ladde J, **Thundiyil JG**, Cassidy DD. Introducing Resident Quality Officers: A Unique Niche for Emergency Medicine.  Poster presentation at Council of Emergency Medicine Residency Directors (CORD) Academic Assembly.  Ft. Lauderdale, FL. April 27 – 29, 2017

Queen R, Rodriguez A, Silvestri S, Ladde J, **Thundiyil JG**, Cassidy D, Papa L.  Resident Quality Officers: A Unique Niche for Emergency Medicine. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea.  Boca Raton, FL.  August 3 – 6, 2017

Cozart A, **Thundiyil J**. Do Transcutaneous Carbon Dioxide and Oxygen Measurements Predict Severity of Illness in an Emergency Department Population? 10th Annual FIRE Research Conference.  Orlando, FL. February 21, 2019

Ladde J, Chin K, Feffer C, Barfield T, Kepple K, Miller S, Hunter C, **Thundiyil J**, Papa L.  End Tidal Carbon Dioxide Measured Prospectively at ED Triage Performs Better Than Standard Triage Vital Signs in Predicting In-Hospital Mortality and ICU Admission.  Poster presentation at Society for Academic Emergency Medicine Southeastern Regional Meeting.  February 22, 2019

Randall T, Herb B, **Thundiyil J**, Brennan D, Ladde J, Hunter C.  The Impact Of Quality Initiatives On Resident Productivity and Satisfaction In The Emergency Department.  Poster presentation at Orlando Health Quality Retreat.  March 8, 2019

Brennan D, **Thundiyil J**, Evans A, Weber K.  Comparison of Resident Productivity from 2007 to 2018 Within an Emergency Medicine Residency Training Program.  Poster presentation at Society for Academic Emergency Medicine Southeastern Regional Meeting.  February 22, 2019

Brennan D, Evans E **Thundiyil J.**  Comparison of Resident Productivity from 2007 to 2018 Within an Emergency Medicine Residency Training Program.  Poster presentation at Orlando Health Quality Retreat.  March 8, 2019

Joiner D, Koplon J, **Thundiyil J**, Ladde J, Papa L, Hunter C, Ralls G. Analyzing Patients Admitted From The Emergency Department Requiring Transfer To The Intensive Care Unit Within 24 Hours.  Poster presentation at Orlando Health Quality Retreat.  March 8, 2019

Heine E, Shaughnessy A, Bailey D, Clemmons M, **Thundiyil J**, Ladde J. Assessing Quality In Education: Trends In Self-Learning And Correlation To In-Training Examination. Poster presentation at Orlando Health Quality Retreat. March 8, 2019

Munizza O, Weatherford T, Akujuobi I, **Thundiyil J**, Ladde J. Does A Curricular Innovation Designed To Highlight "Great Saves" Improve Resident Wellness? Poster presentation at Orlando Health Quality Retreat. March 8, 2019

Kepple K, Heine E, Williams A, **Thundiyil J**. Educational Impact of Interactive Snake Envenomation Session on Learning and Retention in Emergency Medicine Residents. Poster presentation at Orlando Health Quality Retreat. March 8, 2019

Barneck M, Papa L, Cozart A, Lentine K, Ladde J, Nguyen L Mayfield J, **Thundiyil J**. The Utility of Transcutaneous Carbon Dioxide and Oxygen Measurements to Predict Severity of Illness in the ED. Poster presentation at Orlando Health Quality Retreat. March 8, 2019

Ladde JG, Chin K, Feffer C, Barfield T, Kepple K, Miller S, Hunter C, **Thundiyil J**, Papa L. End Tidal Carbon Dioxide Measured Prospectively at ED Triage Performs Better Than Standard Triage Vital Signs in Predicting In-Hospital Mortality and ICU Admission. Poster presentation at Orlando Health Quality Retreat. March 8, 2019

Akujuobi I, **Thundiyil J**, Hunter CL, Ladde J. Does an Educational Interactive Airway Lab Change Residents Choice of Airway and Comfort Level? Poster presentation at Council of Emergency Medicine Residency Directors (CORD). Seattle, WA. April 1, 2019

Heine E, Shaughnessy A, Bailey D, Clemmons M, **Thundiyil J**, Hunter C, Ladde J. Trends in Individualized Interactive Instruction Utilization and Correlation to In-training Examination. Poster presentation at Council of Emergency Medicine Residency Directors (CORD). Seattle, WA. April 1, 2019

Cook L, Papa L, Ramirez J, Garfunkel A, **Thundiyil J**, Ladde J, Mittal M, Zonfrillo M. Differences in Serum Biomarkers in Youth After Concussion. Poster presentation at American Medical Society for Sports Medicine Conference (AMSSM). Houston, TX April 12-17, 2019

Barneck M, Evans A, Brennan D, **Thundiyil J**, Weber K. Comparison of Resident Productivity from 2007 to 2018 Within an Emergency Medicine Residency Training Program. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Barneck M, Papa L, Cozart A, Lentine K, Ladde J, Nguyen L, Mayfield J, **Thundiyil J**. Correlation of End Tidal Carbon Dioxide with Transcutaneous Carbon Dioxide in ED Patients. Poster presentation at

Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Barneck M, Papa L, Cozart A, Lentine K, , Ladde J, Nguyen L, Mayfield J, **Thundiyil J.** The Utility of Transcutaneous Carbon Dioxide and Oxygen Measurements to Predict Severity of Illness in the ED. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Bergeron B, Munizza O, Weatherford T, Akujuobi I, **Thundiyil J,** Ladde J. Does a Curricular Innovation Designed to Highlight "Great Saves" Improve Resident Wellness? Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Black G, Heine E, Shaughnessy A, Bailey D, Clemmons M, **Thundiyil J**, Ladde J. Trends in Individualized Interactive Instruction Utilization and Correlation to In-training Examination. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Kepple K, Ladde J, Chin K, Feffer C, Barfield T, Miller S, Hunter C, **Thundiyil J**, Papa L. End Tidal Carbon Dioxide Measured Prospectively At ED Triage Performs Better Than Standard Triage Vital Signs In Predicting In-Hospital Mortality And ICU Admission. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Kittredge J, Joiner D, Koplon J, **Thundiyil J**, Ladde J, Hunter C, Papa L, Ralls G. Analyzing Patients Admitted from the Emergency Department Requiring Transfer to the Intensive Care Unit Within 24 Hours. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Mullins K, Akujuobi I, **Thundiyil J**, Hunter C, Ladde J. Does an Educational Interactive Airway Lab Change Residents Choice of Airway and Comfort Level? Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Ladde J, **Thundiyil J,** Stutsman M, Little I, Papa L. Does a Change in End-tidal Carbon Dioxide Level Predict High Altitude Mountain Sickness? Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

Cook L, Ramirez J, Garfunkel A, **Thundiyil J**, Ladde J, Mittal M, Zonfrillo M. Differences in Serum Biomarkers in Youth After Concussion. Poster presentation at Florida College of Emergency Physicians Annual Symposium by the Sea. Boca Raton, FL. August 2 – 4, 2019

**Thundiyil J,** Koplon J, Barneck M.  A Case Series of ED Admitted Patients Requiring Transfer to the ICU Within 24 Hours.  ePoster at SAEM Southeastern Regional Meeting.  Greenville, SC.  February 21 – 22, 2020

Stutsman M, Little I, Williams A, **Thundiyil J**, Ladde J, Papa L.  End Tidal Carbon Dioxide Predicts Acute Mountain Sickness Better Than Altitude.  Lightning Oral accepted at 2020 Society for Academic Emergency Medicine Annual Meeting (conference cancelled due to COVID).  *Acad Emerg Med*; 27(Suppl 1): S203 (Abstract 504) May 2020 **PMID 32394596**

**Thundiyil J,** Ladde J, Hunter C, Hill A, Papa L.  Emergency Medicine Resident Appreciation of Teaching Faculty Increases with Each Post-Graduate Year.  ePoster accepted at 2020 Society for Academic Emergency Medicine Annual Meeting. (conference cancelled due to COVID).  *Acad Emerg Med*; 27(Suppl 1): S261 (Abstract 675) May 2020 **PMID 32394596**

Barneck M, Cozart A, Nguyen L, **Thundiyil J**, Mayfield J, Lentine K, Ladde J, Papa L.  The Accuracy of Transcutaneous and End Tidal Carbon Dioxide Measurements Obtained in the Emergency Department when Compared to Arterial Blood Gas Carbon Dioxide Measurements. Lightning oral presentation at SAEM Midwest Regional Meeting (Virtual Conference). September 23, 2020

Barneck M, Cozart A, Nguyen L, **Thundiyil J**, Mayfield J, Lentine K, Ladde J, Papa L.  Transcutaneous carbon dioxide in conjunction with End Tidal carbon dioxide may differentiate pulmonary related diseases from undifferentiated  chest pain in ED patients.  Lightning oral presentation at SAEM Midwest Regional Meeting (Virtual Conference). September 23, 2020

Marcom M, Miller S, **Thundiyil J**, Ladde J, Hunter C, Papa L.  The Effects of COVID-19 Pandemic on the Post Graduate Plans of Emergency Medicine Residents.  Moderated Poster at Council of Emergency Medicine Residency Directors (CORD) Academic Assembly.  San Diego, CA.  March 26 – 30, 2022

Papa L, Rosenthal K, Cook L, Caire M, **Thundiyil JG**, Ladde JG, Garfinkel A, Braga CF, Tan CN, Ameli NJ, Lopez MA, Haeussler CA, Mendez Giordano D, Giordano PA, Ramirez J, Mittal MK, Zonfrillo MR.  Concussion Severity and Functional Outcome Using Biomarkers in Children and Youth involved in Organized Sports, Recreational Activities and Non-Sport Related Incidents. Brain Injury 2022 (E-Pub July 30, 2022) **PMID: 35904331**

Oral:                Schaefer M, **Thundiyil JG**, Cook MD, Holmes JF, Offerman SR.  Wound Botulism in Parenteral Drug Abusers: Time to Antitoxin Administration Correlates with Intensive Care Unit Length of Stay.  Oral Presentation at North American Congress of Clinical Toxicology, New Orleans, LA. October 24, 2007

DocuSign Envelope ID: BAE7AA9F-6546-4085-8F9E-A4638B3E9674

**Thundiyil JG**, O'Brien JF, Papa L, Silvestri S, Wu T, Leech S, Cassidy D. Correlation of Standardized Letter of Recommendation (SLOR) Elements with Emergency Residency Matching.  Oral Presentation at Society for Academic Emergency Medicine Annual Meeting, Washington DC. May 2008

Whittle J, **Thundiyil JG**, Giordano P, Silvestri S, et al.  Prevalence of MRSA in the EMS Population.  Oral Presentation at Society for Academic Emergency Medicine Annual Meeting, Phoenix, AZ, June 2010

Semmons R, Weber K, Giordano P, **Thundiyil JG**, et al. Low Incidence of MRSA Colonization Among House Officers. Lightning Oral Presentation, Society for Academic Emergency Medicine Annual Meeting, Chicago, IL, May 2012

Wood A., Polozola A., Schauben J, **Thundiyil JG**, Kunisaki, Sollee D, Lewis-Younger C. Review of Eastern Coral Snake (Micrurus fulvius fulvius) Exposures in Florida: 1998-2010. Oral P Presentation, North American Congress of Clinical Toxicology, Las Vegas, NV.  October 2012

Caddell E, Doyle S, **Thundiyil JG**. Association Between Opioid Prescribing in Florida and Statewide Morbidity and Mortality. Lightning Oral Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA.  May 2013.  *Acad Emerg Med*. 2013: 20(5); S330

**Thundiyil JG**, Doyle S, Caddell E. The Association Between Statewide Opiate Prescribing Patterns and Drug-specific Mortality Rates over a 10-year Period. Lightning Oral Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA.  May 2013.  *Acad Emerg Med*. 2013: 20(5); S332

Gookin G, **Thundiyil JG**. The Impact of the Bugaboo Wildfires on Regional Emergency Department and Inpatient Visits. Lightning Oral Presentation, Society for Academic Emergency Medicine Annual Meeting, Atlanta, GA.  May 2013. *Acad Emerg Med*. 2013: 20(5); S333

**Thundiyil JG** et al. POSED Study Group. Risk Factors Associated with Opioid Analgesic Prescribing in a Cross Section of 19 US Emergency Departments. Oral Presentation. American College of Medical Toxicology Annual Scientific Meeting, Clearwater, FL.  March 27 – 29, 2015

Kim T, Gissendaner J, Mapp A, Brennan D, **Thundiyil J**, Evans A, Cherico A, Fredette J.  Emergency Medicine Resident Productivity Over the Couse of Residency Training.  Lightning Oral presentation at Society for Academic Emergency Medicine (SAEM) Annual Meeting.  Las Vegas, NV. May 13 – 17, 2019 *Acad Emerg Med* 26 (Suppl 1):S131 (Abstract 332); May 2019 **PMID 31009163**

Randall TJ, Herb B, **Thundiyil J,** Brennan D, Hunter C, Ladde JG. The Impact of Quality Initiatives on Resident Productivity and Satisfaction in the Emergency Department. Lightning Oral presentation at Society for

Academic Emergency Medicine (SAEM) Annual Meeting. Las Vegas, NV. May 13 – 17, 2019 *Acad Emerg Med* 26 (Suppl 1):S103 (Abstract 249); May 2019 **PMID 31009163**

Ladde JG, Chin K, Feffer C, Barfield T, Kepple K, Miller S, Hunter C, **Thundiyil J**, Papa L. End Tidal Carbon Dioxide Outperforms Standard Triage Vital Signs in Predicting Mortality and ICU Admission. Lightning Oral presentation at Society for Academic Emergency Medicine (SAEM) Annual Meeting. Las Vegas, NV. May 13 – 17, 2019 *Acad Emerg Med* 26 (Suppl 1):S51 (Abstract 99); May 2019 **PMID 31009163**

Little I, **Thundiyil J**, Ladde J, Stutsman M, Papa L. Does a Change in End-tidal Carbon Dioxide Level Predict High Altitude Mountain Sickness? Oral presentation at Society for Academic Emergency Medicine (SAEM) Annual Meeting. Las Vegas, NV. May 13 – 17, 2019 *Acad Emerg Med* 26 (Suppl 1):S79 (Abstract 178); May 2019 **PMID 31009163**

Barneck M, Cozart A, Nguyen L, **Thundiyil J**, Mayfield J, Lentine K, Ladde J, Papa L. Correlation of End Tidal Carbon Dioxide with Transcutaneous Carbon Dioxide in ED Patients. Poster presentation at Society for Academic Emergency Medicine (SAEM) Annual Meeting. Las Vegas, NV. May 13 – 17, 2019 *Acad Emerg Med* 26 (Suppl 1):S277 (Abstract 758); May 2019 **PMID 31009163**

Miller S, Ladde J, **Thundiyil J,** Papa L. Association Between Red Blood Cell Transfusions, Mortality and Abbreviated Injury Scale in Patients with Trauma. Poster presentation at 2021 Society for Academic Emergency Medicine Annual Meeting (Virtual)
*Acad Emerg Med*; 28 (Suppl.1): S336-337 (Abstract 708); May 2021 doi.org/10.1111/acem.14249 **PMID: 33945187**

Weatherford T, **Thundiyil J.** Use of Lactate as a Predictor of Pediatric Submersion Injury Severity. Poster presentation at 2021 Society for Academic Emergency Medicine Annual Meeting (Virtual) May 11 – 14, 2021 *Acad Emerg Med*; 28 (Suppl.1): S65; May 2021 doi.org/10.1111/acem.14249 **PMID: 33945187**

Baba T, Nguyen L, Jamasbi A, Weatherford T, Davison J, Papa L, **Thundiyil JG.** B-Lines on Point-of-Care Chest Ultrasound are Associated with Clinical Outcomes in Pediatric Submersion Patients. Lightning Oral presentation at Society for Academic Emergency (SAEM) Medicine Annual Meeting. New Orleans, LA. May 10 – 13, 2022 *Acad Emerg Med*; 29 (Suppl.1): S63; May 2022 doi/10.1111/acem.14031 **PMID: 35578990**

**Chapters/Publications**:      **Thundiyil JG**. Lithium Toxicity. Call Us. The Official Newsletter of the California Poison Control System. Volume 1(6), November 2003 http://www.calpoison.org

Silvestri S, Ralls GR, Krauss B, **Thundiyil JG**, et al. The Effectiveness of Out-of-Hospital Use of Continuous End-Tidal Carbon Dioxide Monitoring

on the Rate of Unrecognized Misplaced Intubation Within a Regional Emergency Medical Services System. *Ann Emerg Med* 2005; 45(5): 497-502. **PMID: 15855946**

**Thundiyil JG**, Olson KR. Lithium Toxicity. In: Hadaad and Winchester's. Clinical Management of Poisoning and Drug Overdose, 4th ed. Shannon M, Borron S and Burns M, eds. Philadelphia, PA: W.B. Saunders Company. June 2007.

**Thundiyil JG**, Beauchamp JK, Olson KR. Approach to Poisoning and Overdose. In Wachter LM, Goldman L and Hollander H, eds. Hospital Medicine. Philadelphia, PA: Lippincott Williams and Wilkins, 2005

**Thundiyil JG**. Sulfonylurea Toxicity. Call Us. The Official Newsletter of the California Poison Control System. http://www.calpoison.org

**Thundiyil JG**, Ralls G, Silvestri S. Orange County EMS Hazardous Materials Protocols. 2005

**Thundiyil, JG**. Halons and Freons. In Olson KR ed., Poisoning &Drug Overdose, 5th edition. San Francisco, CA: McGraw-Hill Co., 2007

**Thundiyil, JG**. Trichloroethane, Trichloroethylene, and Perchloroethylene. In Olson KR ed., Poisoning &Drug Overdose, 5th edition. San Francisco, CA: McGraw-Hill Co., 2007

**Thundiyil JG**, Anderson IB, Stuart P, Olson KR. Lamotrigine-induced Seizures in a Child: A Case Report and Review of the Literature. *Clinical Toxicology*. 2007; 45(2): 169-172. **PMID: 17364635**

**Thundiyil, JG**, Kearney TE, Olson KR. Evolving Epidemiology of Drug-Induced Seizures Reported to a Poison Control Center System. *Journal of Medical Toxicology* 2007 Mar; 3(1): 15-19. **PMID: 18072153**

**Thundiyil JG**, Solomon GM, Miller MD,. Transgenerational Exposures: Persistent Chemical Pollutants in the Environment and Breast Milk. *Pediatric Clinics of North America*. 2007; 54(1): 81-101. **PMID: 17306685**

**Thundiyil JG,** Yuan Y, Smith AH, Steinmaus C. Seasonal Variation of Arsenic Concentration in Wells in Nevada. *Environmental Research*. 2007 Jul; 104(3): 367-373. **PMID: 17459366**

Giordano PA, Lyon C, Wu T, **Thundiyil JG**, Weber K, Falk J. Board Review Questions in Emergency Medicine. Resident & Staff Physician 53(5), May 2007
**Thundiyil J**, Ladde J, Leech S, Weber K, Giordano P. Board Review Questions: Emergency Medicine. *Resident and Staff Physician*. www.residentandstaff.com/issues/articles/EMreview2008.asp

**Thundiyil JG**, Stober J, Besbelli N, Pronczuk J.  Acute Pesticide Poisoning: a Proposed Classification Tool. *Bulletin of the World Health Organization*. 2008 Mar 86(3): 205-209. **PMID: 18368207**

**Thundiyil JG**, Modica R, Silvestri S, Papa L.  Are USMLE Scores Predictive of ABEM In-Training Exam Scores for Emergency Medicine Residents? *J Emerg Med*; 2010 Jan;38(1):65-9. **PMID: 18950974**

Modica RF, **Thundiyil JG**, Chou C, Diab M, Von Scheven E.  Teaching Musculoskeletal Physical Diagnosis Using a Web-Based Tutorial and Pathophysiology-Focused Cases. *Med Educ Online*. 2009 14(13). **PMID: 2016527**

Offerman SR, Schaefer M, **Thundiyil JG**, Cook MD, Holmes JF.  Wound Botulism in Injection Drug Users: Time to Antitoxin Correlates with Intensive Care Unit Length of Stay. *West J Emerg Med*. 2009 Nov; 10(4):251-6. **PMID: 20046244**

**Thundiyil, JG**, Christiano-Smith D, Greenberger S, Cramm K, Latimer J, Modica R.  Trimming the Fat:  Identification of Risk Factors Associated with Obesity in a Pediatric Emergency Department. *Pediatric Emergency Care* 2010 Oct; 26(10): 709-715. **PMID: 20881910**

**Thundiyil JG**, Porter JA, Williams J.  Drug and Toxin-induced Seizures. *Emergency Medicine Reports* 2010 Mar; 31(6): 1-16

Balmes J, Harber J, Talmadge K, **Thundiyil JG**, Harber P, Seward J, et al. Low Prevalence of Chronic Beryllium Disease Among Workers at a Nuclear Weapons Research and Development Facility. *Journal of Occupational Environmental Medicine* 2010 Jun; 52(6): 647-652. **PMID: 20523233**

**Thundiyil JG**, Rowley F, Papa L, Kearney T, Olson K.  Risk factors for Complications in Drug-induced Seizures.  *Journal of Medical Toxicology*. 2011 Mar; 7(1): 16-23. **PMID: 20661684**

Semmons R, **Thundiyil JG**. Hallucinogens. Chapter in Kazzi and Shih et al (eds). The AAEM/RSA Toxicology Handbook, Second Edition. United Press; 2011

Ladde J, **Thundiyil JG**. Irritant Gases. Chapter in Kazzi and Shih et al (eds). The AAEM/RSA Toxicology Handbook, Second Edition. United Press; 2011

Rosenberg M, Greenberger S, Rawal A, Latimer J, **Thundiyil JG**. Comparison of Broselow Tape Measurements versus Physician Estimations of Pediatric Weights.  *American Journal of Emergency Medicine* 2011 Jun; 29(5):482-488. **PMID: 20825816**

DocuSign Envelope ID: BAF7AA9E-6546-4985-8F9E-A4638B3E9674

Anderson J, **Thundiyil JG**, Stolbach A. Clearing the Air: A Review on the Effects of Particulate Matter Air Pollution on Human Health. *Journal of Medical Toxicology* 2012 Jun; 8(2): 166-175. **PMID: 22194192**

Wood A, Schauben J, **Thundiyil JG**, Kunisaki T, Sollee D, Lewis-Younger C, Bernstein J, Weisman R. Review of Eastern Coral Snake (Micrurus fulvius fulvius) Exposures Managed by the Florida Poison Information Center Network: 1998-2010. *Clinical Toxicology* 2013 Sep; 51(8): 783-788. **PMID: 23962099**

Hoppe JA, Nelson, LS, Perrone J, Weiner SG, **Thundiyil JG**, et al. Opioid Prescribing in a Cross Section of US Emergency Departments. *Ann Emerg Med* 2015 Sep; 66(3):253-259. **PMID: 25952503**

**Thundiyil JG.** Why Antibiotics, Blood Thinners & Diabetes Medication May Lead to a Trip to the ER. Orlando Health Blog. May 25, 2017

Hunter CL, **Thundiyil JG,** Ladde J, Stone A, Miller S, Rodriguez A, Smith H, Stalbaum T, Ralls G, Silvestri S. Emergency Care at a Music Festival: A First Person Report. *Emerg Med* June2017;248-257.

**Thundiyil JG.** Summer Safety Tips: 5 Ways to Make Sure You Stay Out of the ER. Orlando Health Blog. August 15, 2017

**Thundiyil JG.** Emergency Medicine Residency Program Director Response to the Pulse Nightclub Shooting Incident. *In: Orlando Health Disaster Response.* Online Book Chapter. April 2018.

**Thundiyil J.** Attorney General's Opioid Working Group. Florida's Opioid Epidemic: Recommendations & Best Practices. March 1, 2019

**Thundiyil JG**, Sisk ML. How Delaying Care Can Increase Your Risks. Orlando Health Blog. April 27, 2020

Barneck M, Papa L, Cozart Z, Lentine K, Ladde J, Nguyen L, Mayfield J, **Thundiyil J.** The Utility of Transcutaneous Carbon Dioxide Measurements in the Emergency Department: A Prospective Cohort Study. *J Am Coll Emerg Physicians Open* 2021 Jul 17;2(4):e12513. doi: 10.1002/emp2.12513. eCollection 2021 Aug. **PMID 34296208**

Fredette J, Kim T, McHugh D, Gissendaner J, Cherico A, Mapp A, Brennan D, **Thundiyil J,** Nomura J. A Descriptive Analysis of Emergency Medicine Resident Productivity Over the Course of Training. *AEM Educ Train* 2021;5(Suppl 1):S44-48 **PMID 34616972**

Papa L, Ladde J, O'Brien JF, **Thundiyil J**, Tesar J, Leech SJ, Cassidy DD, Roa J, Hunter C, Miller S, Baker S, Parrish GA, Davison J, Van Dillen C, Ralls GA, Briscoe J, Falk J, Weber K, Giordano PA. Evaluation of Glial and Neuronal Blood Biomarkers Compared with Clinical Decision Rules in Assessing the Need for Computed Tomography in Patients with Mild

Traumatic Brain Injury.  *JAMA Network Open* 2022;5(3):e221302 doi:10.1001/jamanetworkopen.2022.1302. **PMID: 35285924**

Papa L, Rosenthal K, Cook L, Caire M, **Thundiyil JG,** Ladde JG, Garfinkel A, Braga CF, Tan CN, Ameli NJ, Lopez MA, Haeussler CA, Mendez Giordano D, Giordano PA, Ramirez J, Mitta MK, Zonfrillo MR. Concussion Severity And Functional Outcome Using Biomarkers In Children And Youth Involved In Organized Sports, Recreational Activities And Non-Sport Related Incidents.  Accepted in *Brain Injury*  July 22, 2022; Published online: July 29, 2022. **PMID: 35904331**

**Thundiyil JG**.  Allergies? Here's How to Use an EpiPen. Orlando Health Blog.  November 1, 2022

**Thundiyil JG,** O'Brien JF, Tymkowicz AE, Papa L.  Is Lateral Decubitus or Upright Positioning Optimal for Lumbar Puncture Success in a Teaching Hospital?  *Journal of Emergency Medicine*, https://doi.org/10.1016/j.jemermed.2022.09.002 **PMID: 36639325**

**Invited Presentations:**     **Thundiyil JG.** Course faculty and speaker for *TraumEd*.   Assessment of the Patient with Altered Mental Status.  Whangarei, New Zealand.  Hosted by Whangarei Hospital.  September 28th, 2002

**Thundiyil JG**. Course faculty and speaker for *Hot Topics in Toxicology*. Hosted by University of California, San Francisco. Oakland, CA. November 5, 2005

**Thundiyil JG**. Grand Rounds Presenter.  Chemical Terrorism.   John Muir Medical Center -Concord Campus.  May 2006

**Thundiyil JG**. Course faculty and speaker for *Chemical Agents of Opportunity for Terrorism*.  Terrorism by Fear and Uncertainty: Delayed Toxic Syndromes.  American College of Medical Toxicology /EPA/ Agency for Toxic Substances and Disease Registry. San Francisco, CA, November 2005; March 2006

**Thundiyil JG.** Common Household Poisonings.  Grand Rounds at Arnold Palmer Hospital for Children, Orlando, FL.  January 2011

**Thundiyil JG**. Synthetic Cocaine - Bath Salts. Media interview for WKMG Orlando Channel 6.  January 2011

**Thundiyil JG**. Synthetic Cocaine- Bath Salts video interview. CNN; January 27, 2011

**Thundiyil JG**. Moderator/Speaker Toxicology Subspecialty Section. Antidotes. American Academy of Emergency Medicine Annual Scientific Assembly, Orlando, FL. February 2010

DocuSign Envelope ID: BAF7AA9F-6546-4285-8F9E-A4638B3E9674

**Thundiyil JG**. Health Effects from Radiation Release of Japanese Tsunami Damaged Nuclear Power Plants. Fox35 Orlando News Interview; March 12, 2011

**Thundiyil JG**. Long Term Radiation Effects. Fox35 Orlando News Interview. March 13, 2011

**Thundiyil JG**. Radiation Sickness Treatment. Fox 35 Orlando News Interview. March 14, 2011

**Thundiyil JG**. Course Organizer. Oil and Water: The Role of Toxicology in Disaster Response. Co-Sponsored by American College of Medical Toxicology and Agency for Toxic Substances and Disease Registry. Clearwater Beach, FL. March 17, 2011

**Thundiyil JG**. Toxicity of Air Pollution: Particulate Matter and Public Health. American College of Medical Toxicology Spring Conference. Tots, Teens, and Toxicology. Clearwater Beach, FL. March 18, 2011

**Thundiyil JG**. Synthetic Bath Salts. WFTV/ABC. April 21, 2011

**Thundiyil JG.** Rising Blood-Alcohol Levels in Drivers. Orlando Sentinel. May 27, 2011

**Thundiyil JG**. Interaction of Alcohol and Medications. WKMG Orlando Channel 6. August 31, 2011

**Thundiyil JG**. Narcotic Abuse in Orlando. WFTV Orlando Channel 9. December 6, 2011

**Thundiyil JG**. Media Release with Mayor Teresa Jacobs and Florida Hospital regarding prescription drug policy for Orlando hospitals. January 18, 2012.

**Thundiyil JG**. Real Time Feedback: Coaching Residents to Their Personal Best. Council of Emergency Medicine Residency Directors Academic Assembly, Atlanta GA. April 1 - 4, 2012

**Thundiyil JG**. Moderator for Council of Emergency Medicine Residency Directors Academic Assembly Research Poster Symposium. Atlanta, GA. April 1 – 4, 2012

**Thundiyil JG**. Course Faculty and Speaker. Prehospital Toxicology: Life Saving Tips. Pediatric Neonatal Education Program. Florida Hospital, Orlando, FL. April 2012.

**Thundiyil JG**. Bath Salts. Fox 35. June 5, 2012

**Thundiyil JG**. Bath Salts. Fox35. June 14, 2012

**Thundiyil JG**. Toxins in School Supplies, WKMG Orlando Channel 6, 2012

DocuSign Envelope ID: BAF7AA95-6546-4285-8F0E-A4638B3E9674

**Thundiyil JG**. Coral Snake Antivenin Set to Expire. WKMG Orlando Channel 6, October 4, 2012

**Thundiyil JG**. The Largest Mass Poisoning in the World: Arsenic Toxicity in Bangladesh. University of Central Florida College of Medicine Global Health Conference 2012-1013, Orlando, FL.

**Thundiyil JG**. Informed Families. The Florida Family Partnership. Lock Your Meds. Webinar. Prescription for Disaster: Prescription Drug Abuse in Florida. January 24, 2013

**Thundiyil JG**. Carcinogens and Children's Pajamas. WKMG Orlando Channel 6

**Thundiyil JG**. Carcinogens in the Household. WKMG Orlando Channel 6

**Thundiyil JG**. New Street Drugs: Kratom. WKMG Orlando Channel 6

**Thundiyil JG**. Academic Career Considerations. Emergency Medicine Life after Residency Workshop, Orlando, FL. September 24 – 25, 2013

**Thundiyil JG**. Cocamide DEA and Potential Carcinogenic Risks. WKMG Orlando Channel 6

**Thundiyil JG**. Risk of E-cigarette Toxicity in Children. WKMG Orlando Channel 6. March 31, 2014

**Thundiyil JG**. Academic Career Considerations. Emergency Medicine Life after Residency Workshop, Orlando, FL. September 30 – October 1, 2014

**Thundiyil JG**. Trichloroacetic Acid in Chemical Skin Peels. WKMG Orlando Channel 6. November 10, 2014

**Thundiyil JG**. Any Given Sunday. Orlando Sentinel Online. November 18, 2014

**Thundiyil JG**. Prescription Drug Monitoring Programs - Big Brother or Guiding Light. Panel Discussant. American College of Medical Toxicology Annual Scientific Meeting, Clearwater, FL. March 27 – 29, 2015

**Thundiyil JG.** Food Toxicology: Genetically Modified Foods and Human Health. American College of Medical Toxicology Annual Scientific Meeting, Clearwater, FL. March 27 – 29, 2015

**Thundiyil JG.** Clinical Toxicology Workshop. 53rd Annual Weil Critical Care and Emergency Medicine Conference. Las Vegas, NV. April 2015

**Thundiyil JG**. Emerging Street Drugs. 53rd Annual Weil /UC San Diego Symposium on Critical Care and Emergency Medicine. Las Vegas, NV. April 8 – 12, 2015

**Thundiyil JG**. Drug Induced Seizures. 53rd Annual Weil /UC San Diego Symposium on Critical Care and Emergency Medicine. Las Vegas, NV. April 8 – 12, 2015

**Thundiyil JG**. Approach to the Poisoned Patient. 53rd Annual Weil /UC San Diego Symposium on Critical Care and Emergency Medicine. Las Vegas, NV. April 8 – 12, 2015

**Thundiyil JG**. Dangers of Synthetic Hallucinogens. Orlando Sentinel. April 2015

**Thundiyil JG**. Flakka in Florida. WDBO Radio. June 19, 2015

**Thundiyil JG**. Flakka in Florida. WFTV Orlando Channel 9. July 2015

**Thundiyil JG**.  Summer Injury Prevention. Orlando Sentinel. July 2015

**Thundiyil JG**. Promising Practices in the Fight Against Heroin. Orange County Heroin Task Force. Presenter to Community Members, Government, Law Enforcement, and Mayor. Orlando, FL. October 2015

**Thundiyil JG**.  Heroin's Local Impact. Orange County Drug Abuse Summit.  Winnie Palmer Hospital for Women and Babies, Orlando, FL. October 29, 2015

**Thundiyil JG**, Ladde J.  Real Time Feedback: Coaching Your Students to Their Best. University of Central Florida College of Medicine, Faculty Development.  Orlando, FL.  June 29, 2016

**Thundiyil JG**.  New Street Drugs of Abuse.  Emergency Medicine Learning and Resource Center ClinCon Conference, Orlando, FL.  July 14, 2016

**Thundiyil JG**.  Toxicology:  What you Need to Know for the Boards. Florida College of Emergency Physicians Written Board Review Course. Orlando, FL.  August 25, 2016

**Thundiyil JG**.  The New Heroin Epidemic.  Emergency Medicine Learning and Resource Center Street Drug Webinar Series. Orlando, FL. September 22, 2016

**Thundiyil JG**.  Street Drugs:  The Good, the Bad and the Dangerous. Metro Orlando AACN Chapter (MOC).  Orlando, FL.  April 11, 2017

**Thundiyil JG**.  A Brown Recluse Spider Bite Left a Hole in Singer Meghan Linsey's Face.  Interview in *SELF* Magazine April 17, 2017

**Thundiyil JG**.  Emerging Street Drugs and the Opioid Epidemic - The Good, The Bad, The Dangerous.  Medical Leadership Conference. Orlando, FL.  May 11, 2017

DocuSign Envelope ID: BAF7AA9E-6546-428E-8F9E-A4638B3E9674

**Thundiyil JG.**  Opioid Addiction…What Can We Do About It?  Panel Discussion.  Tiger Bay Country Club / The Country Club of Orlando.  Orlando, FL.  May 23, 2017

**Thundiyil JG.**  Street Drugs – A Best Practices Review.  Emergency Medicine Learning and Resource Center ClinCon Conference, Orlando, FL.  July 13, 2017

**Thundiyil JG.**  Central Florida Spotlight: The Opioid Crisis.  WFTV Orlando Channel 9.  July 23, 2017

**Thundiyil JG.**  Toxicology – What You Need to Know for the Boards.  Emergency Medicine Learning and Resource Center Written Board Review Course.  Orlando, FL.  August 22, 2017

**Thundiyil JG.**  Opioid and Heroin Addiction Task Force Meeting.  Seminole County Office of Emergency Management (EOC).  Sanford, FL.  August 25, 2017

**Thundiyil JG.**  Prescribing Opioids Safely.  University of Central Florida College of Medicine.  Lake Nona, FL.  October 20, 2017

**Thundiyil JG.**  #OrlandoUnited: Coordinating Medical Response to the Pulse Nightclub Shooting.  WACEP 2018 Spring Symposium.  Madison, WI.  March 15, 2018

**Thundiyil JG.**  Lessons Learned from Tragedy:  Mass Shooting Events and the Learning Environment.  Panel Discussion.  Council of Emergency Medicine Residency Directors (CORD).  San Antonio, TX.  April 22, 2018

**Thundiyil JG.**  Opioid Epidemic:  ER Dr. Perspective.  The Philips Phile/WTKS.  May 2, 2018.

**Thundiyil JG**, Falk JL, Wohl A.  Safe Opioid Prescribing for Acute Pain.  Mandatory education for HB21: the Controlled Substances Bill. Emergency Medicine Learning & Resource Center. / Florida Board of Pharmacy.  June 14, 2018.

**Thundiyil JG.**  Firework Eye Injury? Here's What to Do.  Orlando Sentinel.  July 3, 2018.

**Thundiyil JG.**  Prescribing Opioids Safely.  9th Annual Orthopedic Educational Summit.  Orlando, FL.  July 14, 2018

**Thundiyil JG.**  Prescribing Opioids Safely.  2018 SCP Medical Leadership Conference.  Orlando, FL.  August 30, 2018

**Thundiyil JG.**  Opioid Crisis. Moira's Mixed Company, News Radio 93.1 WFLA.  September 21, 2018

DocuSign Envelope ID: BAF7AA9F-6546-4985-8F8E-A4638B3E9674

**Thundiyil JG.**  Effective Management of Opioid Abuse.  Street Drugs in the Sunshine State Webinar Series.  Emergency Medicine Learning & Resource Center.  September 28, 2018

**Thundiyil JG.**  Street Drugs.  South Seminole Hospital Grand Rounds. Longwood, FL.  October 24, 2018

Ladde J, **Thundiyil J**.  Giving Real-Time Feedback to Students: Coaching Your Students to Their Persona Best.  Council of Emergency Medicine Residency Directors (CORD). Seattle, WA. April 1, 2019

**Thundiyil J.**  Orlando Doctor Weighs in on US Vaping-Related Deaths. WKMG Orlando Channel 6.  September 26, 2019

**Thundiyil J**. Vaping-related Illnesses pop up in Central Florida. Treating it is 'Like weathering a hurricane,' doctor says.  Orlando Sentinel.  October 8, 2019

**Thundiyil J.**  It Impacts Us All – A Documentary on Opioids.  October 2019.

**Thundiyil JG.** Tobacco Use in Florida Schools Doubles; What's Being Done to Snuff Out the Trend.  WFTV Orlando Channel 9.  February 12, 2020

**Thundiyil JG,** Bridges J.  CVS Opioid Education – Tour and Training Event for CVS Representatives and Orlando Health Foundation.  Orlando, FL.  February 17, 2020

**Thundiyil JG,** Bridges J.  Buprenorphine and the Controversies of MAT in the Opioid Epidemic.  Street Drugs in the Sunshine State Webinar Series. Emergency Medicine Learning & Resource Center.  February 24, 2020

**Thundiyil JG.**  Novel Synthetic Drugs & Buprenorphine.  South Seminole Hospital Grand Rounds.  Longwood, FL.  March 4, 2020

**Thundiyil JG.**  The COVID-19 Pandemic: Implications On Occupational Health.  Webinar for Workers Compensation and Occupational Health Group by Hurley Rogner Workers Compensation Firm.  April 3, 2020

**Thundiyil JG.**  Florida ER Visits Plummet, Virus Scares Patients From Care.  Interviewed by US & World  News, San Francisco Chronicle.  May 12, 2020

**Thundiyil JG.**  Ask a Doctor:  Heat Precautions.  WKMG Orlando Channel 6.  June 30, 2020

**Thundiyil JG**. CDC Says States No Longer Have To Track Lung-Related Injuries Caused By E-Cigarettes.  WFTV Orlando Channel 9.  July 15, 2020

**Thundiyil  J.**     Buprenorphine  and  Medication-Assisted  Treatment.

DocuSign Envelope ID: BAF7AA9E-6546-4085-8F8E-A4638B3E9674

AnchERs Podcast. September 1, 2020

**Thundiyil J.**  Opioids.  Bayfront Health St. Petersburg – Orlando Health.
December 17, 2020
**Thundiyil J.**  Staying Safe in the Heat.  WFTV Orlando Channel 9.  May
28, 2021

**Thundiyil J.**  Managing Opioid Addiction: The Epidemic Within our
Pandemic.  Medical Leadership Conference 2021.  August 31, 2021

**Thundiyil J.**  Managing Opioid Addiction Podcast.  October 7, 2021

**Thundiyil J.** Clearing the Smoke on Self Medication:  Medical Marijuana,
CBD, and Kratom.  Medical Leadership Conference 2022.  Orlando, FL.
May 4, 2022

**Thundiyil J.**  Identifying Fellowship and Academic Opportunities.  Life
After Residency.  Orlando, FL  May 5, 2022

**Thundiyil JG.**  Orlando Health Doctor Sees Explosion of Diversity in
Health Care.  WKMG Orlando Channel 6.  May 31, 2022

| | |
|---|---|
| **Lectures:** | Preventing Medical Errors: Adverse Drug Events |
| | Carbon Monoxide: The Silent Killer |
| | State of the Art Approach to the Poisoned Patient |
| | Common Household Poisonings: |
| |     What every Parent and Pediatrician Should Know |
| | Drug Induced Seizures: |
| |     Pearls for Prevention of Morbidity and Mortality |
| | Pitfalls in the Management of Cardiovascular Drug Toxicity |
| | Disaster Preparedness: Chemical Terrorism |
| | Pearls in Interpreting EKG's: A Toxicologists Viewpoint |
| | Optimal Study Design for Epidemiologic Studies |
| | Recent Advances in the Treatment of Toxic Alcohol Poisoning |
| | Acetaminophen Toxicity- the Unsuspected Killer |
| | Great Saves: Toxicology Case Conference |
| | #Orlando United: Coordinating Medical Response to the Pulse Nightclub |
| |     Shooting. |
| | Prescribing Opioids Safely |

| | |
|---|---|
| **Clinical Trials / Grants** | Health Equity Advisory Committee for Florida Blue Health Equity Grant |
| | BCBS Opioid Grant |
| | BCBS DEI Grant |
| | Florida College of Emergency Physicians Matching Grant –EMS: Street Drugs in the Sunshine State.  2018 - 2021 |
| | CVS Health Opioid Education Grant 2020 |

Florida College of Emergency Physicians Matching Grant –EMS: Street Drugs Webinar Series. 2016 - 2018

*Subinvestigator*. NIH-Sponsored Biomarkers of Mild and Moderate Traumatic Brain Injury Study. 2010

*Investigator*. A prospective, multi-center observational study involving patients hospitalized with complicated skin and soft tissue infections (cSSTI) for IV antibiotic therapy. The cSSTI Registry. Protocol CEFTO-SSK-4001. Ortho-McNeil Janssen Scientific Affairs,LLC. 2009

*Medical Monitor*. BANDIT Trial: Biomarkers of Brain Injury: Magnitude, Secondary Insults, and Outcome. Department of Defense Funded. 2008-9

*Investigator*. Beriplex Trial: An open-label, randomized, multicenter, Phase IIIb study to assess the efficacy, safety, and tolerance of Beriplex® P/N compared with plasma for rapid reversal of coagulopathy induced by coumarin derivatives in subjects with acute major bleeding. 2009

*Investigator*. Multicenter, Prospective, Randomized Controlled Study to Show Equivalence of DERMABOND PROTAPE TO DERMABOND HVD for Closure of Simple, Thoroughly Cleansed, Trauma-Induced Wounds in the Emergency Department. 2008

*Investigator*. SCRAPE trial: A randomized, double-blind, multicenter, placebo-controlled, Phase III superiority study to assess the safety and efficacy of topical retapamulin ointment 1%, versus placebo ointment applied twice daily for 5 days in the treatment of adult and pediatric subjects with secondarily infected traumatic lesions. 2008

*Investigator*. Cerexa Trial:A Phase 3, Multi-Center, Randomized, Double-Blind, Comparative Study to Evaluate the Safety and Efficacy of Ceftaroline versus Ceftriaxone, with Adjunctive Clarithromycin,in the Treatment of Adult Subjects with Community-Acquired Pneumonia. 2006

*Subinvestigator,* Protocol A1464-017 "A Randomized, Double-Blind, Multicenter, Comparative Phase III Study of 5-day oral BMS- 284756 vs oral Clarithromycin in the treatment of Mild to Moderate Community-acquired Pneumonia. 2001.

*Subinvestigator*. A Multicenter, Randomized, Double Blind Study Comparing the Clinical Effect of Intravenous Montelukast with Placebo in Patients with Acute Asthma (MK-0476). Protocol No 214-00. 2001.

*Subinvestigator*. A phase 3, multicenter, randomized, double-blind, controlled study to evaluate the efficacy and safety of peramivir administered intravenously in addition to standard of care compared to standard of care alone in subjects who are hospitalized due to influenza. Protocol No. BCX1812-301. BioCryst Pharmaceuticals, Inc.

DocuSign Envelope ID: BAF7AA9E-6546-4985-8F9E-A4638B3E9674

*Subinvestigator.* A Phase 3, multicenter, randomized, double-blind, placebo-controlled study to evaluate the efficacy and safety of intravenous peramivier in subjects with uncomplicated influenza. The RELIEF study. Protocol No. BCX1812-304. BioCryst Pharmaceuticals, Inc.

*Subinvestigator.* Complicated Skin Structure Infection Study. A Multicenter, Double-Blind Randomized Study to Evaluate the Efficacy and Safety of Single Dose IV Oritavancin versus IV Vancomycin for the Treatment of Patients with Acute Bacterial Skin and Skin Structure Infection (SOLO I). Protocol No. TMC-ORI-10-01. U.S. IND No. 51292. EudraCT No. 2010-021424-94. November 2010.

*Subinvestigator.* 3M Study-05-011427. A Multi-Center, Prospective, Randomized Trial Comparing the Peripheral I.V. Catheter Complication Rates of Two Different Catheter-Stabilization Systems. June 2011.

**Peer Reviewer**

Journal of Medical Toxicology
Resident and Staff Physician,
Pediatric Neurology
Pharmacology and Therapeutics
Human and Experimental Toxicology
Critical Care Medicine
Society for Academic Emergency Medicine Annual Meeting Abstract Reviewer – Council of Emergency Medicine Residency Directors Subgroup. 2010
Invited Moderator for Council of Emergency Medicine Residency Directors Moderated Poster Symposium, Orlando, FL. SAEM. March 2010

Council of Emergency Medicine Residency Directors. Reviewer for abstracts for Annual Meeting, 2012

**Interests/Hobbies:**

EMS, International Medicine, Toxicology, Public Health
Hiking, Traveling, Surfing

**References:**

Jay L. Falk, M.D, FACEP
Academic Chairman
Department of Emergency Medicine
Orlando Regional Medical Center
(407) 237-6329

Jay Ladde, MD, FACEP
Sr. Associate Program Director
Department of Emergency Medicine
Orlando Regional Medical Center
(407) 237-6329

| Date | Case | Court | Case No | Deposition or Trial |
|---|---|---|---|---|
| 2019 | Absher v. SE Leasing | St. Petersburg | OJCC No.: 18-023129SLR | Deposition |
| 2019 | Beddia v. Claires Concrete | Orlando District | OJCC No.: 18-018522 | Deposition |
| 2019 | Suastegui v. Howard | Port St. Lucie | OJCC No.: 18-028649KFO | Deposition |
| 2020 | Greer v. Ivey | US Middle District, Orlando Division | Case No.: 6:15-cv-00677-CEM-GJK | Trial |
| 2020 | Higginbotham v. Lawnwood Regional | Port St. Lucie | Case No.:19-CA-000210AXXXAHC | Deposition/Trial |
| 2020 | Alfaro v. SE Personnel Leasing | Orlando | OJCC No.: 19-024231TAH | Trial |
| 2020 | Garcia v. Green Mountain | Orlando | OJCC No.: 19-016950TWS | Deposition |
| 2020 | Emma v. St. Lucie | Port St. Lucie | Case No.: 56201CA000152AXXXHC | Deposition |
| 2021 | Benefield v. Wright Hardware | Clinton County Indiana | Case No.: 12C01-1601-CT-000055 | Deposition |
| 2021 | Hasaballa v. South Bay Lube, Inc | Orlando | Case No.: 20-023027NPP | Deposition |
| 2021 | Martin v. SMG Worldwide Entertainment | Parish of Orleans State of Louisiana | Case No.: 2017-00823 | Deposition |
| 2021 | White v. Boeing | Pensacola District | OJCC No.: CAS- 20-026721JW | Deposition |
| 2021 | Enright v. Brevard County School | Sebastian District | OJCC Case No.: 21-00301SRLD | Deposition |
| 2021 | Emma Fabian v. St. Lucie Hospital | 19th Judicial Circuit Court | Case No.: 19CA000152XXXHC | Trial Testimony |
| 2022 | Edwards v. Brevard Sherriff | Middle District of Florida Orlando Division | Case No.: 6:21-cv-00428-JA-GJK | Deposition |
| 2022 | Joseph W. Fontenot v. Union Tank Car Company | 13th Judicial District Court Evangeline Parish, Louisiana | Case No.: 78472-B | Deposition |
| 2022 | Ernestine Perdue v. Altapointe Health System | Circuit Court Mobile County Alabama | Case No.: 02-CV-2019-901399 00 | Deposition |

**Exhibit "B"**